1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GUILLERMO GARCIA,                          1:09-cv-01648-BAK-SMS (HC)

12              Petitioner,                      ORDER GRANTING MOTION
                                                 TO PROCEED IN FORMA PAUPERIS
13        vs.
                                                 (DOCUMENT #2)
14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
15
                Respondents.
16   _____/

17
           Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to
18
     28 U.S.C. § 2254.
19
           Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's
20
     prison trust account statement.   (Doc. 2).   Examination of these documents reveals that petitioner is
21
     unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis (Doc.
22
     2), is GRANTED.  See 28 U.S.C. § 1915.
23

24
     IT IS SO ORDERED.
25
     Dated:    October 5, 2009            _____/s/ Sandra M. Snyder_____
26                                        UNITED STATES MAGISTRATE JUDGE

27

28