UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA, | ) 1:09-cv—1648-AWI-SKO-HC |
| | ) |
| Petitioner, | ) ORDER DEEMING PETITIONER'S |
| | ) TRAVERSE (DOC. 19) TO BE AN |
| | ) OPPOSITION TO RESPONDENT'S MOTION |
| v. | ) TO DISMISS |
| | ) |
| CALIFORNIA DEPARTMENT OF | ) ORDER PERMITTING RESPONDENT TO |
| CORRECTIONS, et al., | ) FILE A REPLY NO LATER THAN SEVEN |
| | ) (7) DAYS AFTER THE DATE OF |
| | ) SERVICE OF THIS ORDER |
| Respondents. | ) |
| | ) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On May 27, 2010, Petitioner filed a document entitled as a traverse (doc. 19), but which addresses the motion to dismiss filed by Respondent on March 4, 2010.  The Court therefore DEEMS the traverse to be an opposition to the Respondent's motion to dismiss.

Respondent MAY FILE a reply to the opposition no later than

1

seven (7) days after the date of service of this order.

IT IS SO ORDERED.

**Dated:     June 2, 2010**                          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE