1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  GUILLERMO GARCIA,                    ) 1:09-cv—1648-AWI-SKO-HC
                                         )
11               Petitioner,            ) ORDER ADOPTING FINDINGS AND
                                         ) RECOMMENDATIONS TO DENY
12      v.                              ) PETITIONER'S APPLICATIONS FOR
                                         ) DEFAULT JUDGMENT
13                                       ) (DOCS. 18, 13, 16)
    CALIFORNIA DEPARTMENT OF            )
14  CORRECTIONS, et al.,                ) ORDER DENYING PETITIONER'S
                                         ) APPLICATIONS FOR DEFAULT JUDGMENT
15                                       ) (DOCS. 13, 16)
                 Respondents.           )
16                                       )
                                         )
17  ─────────────────────────────────────)

18       Petitioner is a state prisoner proceeding pro se with a

19  petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

20  The matter was referred to the Magistrate Judge pursuant to 28

21  U.S.C. § 636(b) and Local Rules 302 and 304.

22       On May 11, 2010, the Magistrate Judge filed findings and

23  recommendations in which it was recommended that Petitioner's

24  motions for default judgment be denied.  The findings and

25  recommendations were served on all parties on the same date. On

26  September 7, 2010, Petitioner filed objections to the findings

27  and recommendations.  No reply to the objections was filed.

28

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. The undersigned has carefully reviewed the entire file and has considered the objections; the undersigned has determined there is no need to modify the findings and recommendations based on the points raised in the objections. The Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1. The Findings and Recommendations filed on May 11, 2010, are ADOPTED IN FULL; and

2. Petitioner's motions for default judgment are DENIED.

IT IS SO ORDERED.

Dated:    October 15, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE